IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| RONALD A. BRINSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 315-015 |
| | ) | |
| WARDEN GRADY PERRY, Coffee Correctional Facility, | ) ) | |
| | ) | |
| Respondent. | ) | |

_____

**O R D E R**
_____

The above-captioned case now comes before the Court on Petitioner's "motion for correction of application." (Doc. no. 7.) Although docketed as a motion, the document is actually a brief by Petitioner in support of his federal habeas corpus petition, explaining that he misused a Georgia statute in his prior brief and giving the correct statute. (see doc. no. 7, p. 1.) The Court will consider the information in the brief when addressing the merits of the petition. The Court **DIRECTS** the Clerk to **TERMINATE** this "motion" from the motions report.

SO ORDERED this 4th day of May, 2015, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA