IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| RONALD A. BRINSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 315-015 |
| | ) | |
| HOMER BRYSON, Commissioner,[1] | ) | |
| | ) | |
| Respondent. | ) | |

_____

**O R D E R**
_____

Petitioner Ronald A. Brinson, an inmate currently incarcerated at Coffee Correctional Facility in Nicholls, Georgia, brings the above-styled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has filed a motion to compel a response from Respondent in regards to his claim in ground five that he received ineffective assistance of counsel when the trial court failed to rule on his motion to remove appellate counsel. (Doc. no. 18.) The Rules Governing Section 2254 Proceedings do not contemplate compelling a legal argument from Respondent, and Respondent has already responded to Petitioner's claims in ground five. (See doc. nos. 20, 8-1.) Petitioner's motion is improper, and thus, the

---

[1] The Court **DIRECTS** the Clerk to terminate Warden Grady Perry as a respondent as Homer Bryson is the only respondent left in this case. (Doc. no. 14.)

Court **DENIES** Petitioner's motion to compel.  (Doc. no. 18.)

SO ORDERED this 14th day of July, 2015, at Augusta, Georgia.

*[signature]*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA