ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 NOV 29 PM 2:33
CLERK C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| RONALD A. BRINSON, | * | |
| Petitioner, | * | |
| v. | * | CV 315-015 |
| HOMER BRYSON, Commissioner, | * | |
| Respondent. | * | |

O R D E R

In January 2016, this Court denied Ronald A. Brinson's *pro se* petition for habeas corpus relief under 28 U.S.C. § 2254. On September 1, 2016, the Eleventh Circuit Court of Appeals denied Brinson's motion for a certificate of appealability after thoroughly explaining for every claim adjudicated on the merits in state court that Brinson had failed to demonstrate that the state court's decision was contrary to, or involved an unreasonable application of, clearly established federal law. (See Doc. No. 47.) Thus, this civil case is closed and may not be reopened.

Despite the ruling of the Eleventh Circuit, Brinson has filed an "extraordinary motion due to extraordinary circumstances," citing Federal Rule of Civil Procedure 60(b). This motion is frivolous and a waste of judicial resources; the motion (doc. no. 48) is **DENIED**. This Court will not

consider or address any other motion filed in this case by Brinson.

**ORDER ENTERED** at Augusta, Georgia, this 29 day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE